**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL & GLASS WORKERS PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SKYLINE CONTRACT GLASS, INC.<br><br>Defendant. | No. C 03-02777 JSW<br><br>**ORDER REQUIRING STATUS REPORTS** |

On March 25, 2004, Defendant filed a notice of bankruptcy and stay of this action. There has been no further action by the parties in this matter. Accordingly, the parties are HEREBY ORDERED to provide the Court with a joint status report on the status of the bankruptcy proceedings by no later than August 19, 2005, and shall submit status reports every ninety days thereafter until the stay is lifted or this matter is otherwise resolved.

**IT IS SO ORDERED.**

Dated: August 10, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE