IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL & GLASS WORKERS PENSION FUND, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>SKYLINE CONTRACT GLASS, INC.<br><br>  Defendant. | No. C 03-02777 JSW<br><br>**ORDER TERMINATING CIVIL CASE ADMINISTRATIVELY** |

On March 25, 2004, Defendant filed a notice of bankruptcy and stay of this action. There has been no further action by the parties in this matter. The parties have been submitting status reports to the Court that indicate the bankruptcy matter has not yet been resolved. In light of this fact, and all proceedings in this case having previously been stayed by reason of the bankruptcy, the Clerk of the Court is directed administratively to close the case for statistical purposes. Counsel are hereby relieved of the obligation to file joint status reports. However, counsel for the party in bankruptcy shall notify the Court within **30 days** of the lifting of the bankruptcy stay.

**IT IS SO ORDERED**

Dated: September 14, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE