1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   NORTHERN CALIFORNIA GLAZIERS,
    ARCHITECTURAL METAL,
10                                                      No. 03-02777 JSW

11              Plaintiff,                              **ORDER REQUIRING JOINT**
                                                       **STATUS REPORT**
        v.
12
    SKYLINE CONTRACT GLASS, INC.,
13
                Defendants.
14
    _____/
15

16          On September 14, 2006, this Court issued an Order administratively closing this matter

17   pending resolution of bankruptcy proceedings.  Although the Court relieved the parties of the

18   obligation to file joint status reports, it ordered counsel for the party in bankruptcy to notify the

19   Court within thirty days of the lifting of the bankruptcy stay.  There has been no such notice,

20   and it appears that the bankruptcy matter has been closed.

21          Accordingly, the Court HEREBY ORDERS the Clerk to reopen this matter.  It is

22   FURTHER ORDERED that the parties shall submit a joint status report to the Court advising

23   the Court of the status of this matter.  The joint status report or a dismissal of this action shall be

24   due by no later than December 19, 2008.

25          **IT IS SO ORDERED.**

26   Dated: December 1, 2008                    _____
                                                JEFFREY S. WHITE
27                                              UNITED STATES DISTRICT JUDGE

28

United States District Court
For the Northern District of California