Muriel B. Kaplan, Esq. (SBN 124607)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br>v.<br><br>SKYLINE CONTRACT GLASS, INC.,<br><br>Defendant. | Case No.: C03-2777 JSW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(A)(ii), the parties herein stipulate to dismiss the within action, as follows:

1. On March 19, 2004, Defendant Skyline Contract Glass, Inc. filed a Chapter 7 Bankruptcy in the U.S. Bankruptcy Court, Northern District of California (Oakland), Case No. 04-41570.

2. On September 14, 2006, the Court issued an Order Terminating Civil Case Administratively (USDC Case No. C03-2777 JSW).

3. On July 25, 2007, the bankruptcy case was closed by the U.S. Bankruptcy Court, Northern District of California (Oakland).

///

1

**STIPULATION OF VOLUNTARY DISMISSAL**
**CASE NO.: C03-2777 JSW**

P:\Closed Matters\GLACL\SKYLINE GLASS\PLEADINGS\C03-2777 JSW Stipulation of Voluntary Dismissal 062509.DOC

1 | The parties herein therefore request that this action be dismissed, and closed.

2 | Dated: June 29, 2009     SALTZMAN & JOHNSON LAW CORPORATION

By: /S/ Muriel B. Kaplan
Muriel B. Kaplan
Attorneys for Plaintiffs

Dated: June 29, 2009     KORNFIELD, NYBERG, BENDES & KUHNER, P.C.

By: /S/ Chris David Kuhner
Chris David Kuhner
Attorneys for Defendant

IT IS SO ORDERED.

This case is dismissed without prejudice.

Date: June 30, 2009

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE